DANIEL L. HARRALSON, BAR NO. 109322
Daniel L. Harralson Law Corporation
P.O. Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Defendant MIGUEL OREGEL MAULEON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:08-CR-00340 OWW |
| Plaintiff, | ) **STIPULATION TO CONTINUE SENTENCING** |
| vs. | ) **HEARING; ORDER** |
| MIGUEL OREGEL MAULEON, | ) Sentencing Date: March 22, 2010 |
| | ) Time: 9:00 am |
| Defendant. | ) Dept.: Honorable Judge Oliver Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for March 22, 2010 at 9:00 am, **may be continued to April 12, 2010.**

The continuance is requested by counsel for Defendant, MIGUEL OREGEL MAULEON as Attorney Daniel L. Harralson is currently involved in a week long Preliminary Hearing in the matter of People v. Daniel Duran. The Preliminary Hearing in this matter will resume on Monday, March 22, 2010 at 8:30 am and continue for the remainder of the week.

DATED: March 19, 2010            Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**

-1-
**Stipulation to Continue Sentencing Hearing**

PDF created with pdfFactory trial version www.pdffactory.com

        /s/ daniel harralson
DANIEL L. HARRALSON
Attorney for Defendant

DATED: March 19, 2010      **UNITED STATES ATTORNEYS OFFICE**

        /s/
Kimberly Sanchez
Assistant United States Attorney

# ORDER
-----

*IT IS SO ORDERED.* Time is excluded in the interests of justice pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)

DATED: March 19, 2010      /s/OLIVER W. WANGER
OLIVER WANGER, Senior Judge
United States District Court

-2-
**Stipulation to Continue Sentencing Hearing**

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-3-
**Stipulation to Continue Sentencing Hearing**

PDF created with pdfFactory trial version www.pdffactory.com